UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
FEB 3 2014
FEB 3 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jarva Fuller

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

14CV0787
JUDGE FEINERMAN
MAGISTRATE JUDGE COX

vs.

City of Chicago
Chicago police Department
Officer Toner Badge #10313

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

☒ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Jarva Fuller

    B. List all aliases: Robert Fuller

    C. Prisoner identification number: 20130616144

    D. Place of present confinement: Cook County Jail

    E. Address: 2650 S. California Ave Chicago Ill 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: City of Chicago

    Title: _____

    Place of Employment: _____

    B. Defendant: Chicago Police Department

    Title: _____

    Place of Employment: _____

    C. Defendant: Officer J. Toner Badge #10313

    Title: Chicago Police

    Place of Employment: Chicago Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: __N/A__

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: __N/A__

    D. List all defendants: __N/A__

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A__

    F. Name of judge to whom case was assigned: __N/A__

    G. Basic claim made: __N/A__

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A__

    I. Approximate date of disposition: __N/A__

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Officer J. Toner star # 10313, was Assigned to District 2. Him and his partner and other Officers who names are unknown at the moment, Performed a field search on June, 15, 2013 for a Armed Robbery Offender. This incident had supposely happen on 39TH Michigan. At around 6:10 pm briefly afterwards, I was walking down the street on 40TH and Wabash when Officer J. Toner and his partner Detained me and than Arrested me for a crime that I didn't commit or had any Knowledge of. I didn't fit the Description that the Victim Described to the first Officers who was on the scene with the Victim, about the perpetrator of this crime. Officer J. Toner and his partner was Prejudice toward me for doing a Show-up identification while I was in handcuffs making the Victim →

4

Revised 9/2007

think I had something to do with the taking of her property. I didn't fit the Descripion or had anything that belong to the Victim. Officer J. Toner and his partner was Prejudice towards me in the act of not Conducting a probable investigation, him and his partner had no probable cause for Stoping me. The Officers is still being Prejudice towards me due to the fact they are not showing up for set motion hearing so I can proved my innocent, My bond is $500,000 to high for me to paid and because of those issues I am being Deprived of my freedom. Officer J. Toner and his partner plus the other Officers who performed a field Search for the perpetator of this crime violated my Constitutional rights the Forurth, Fifth, Amendments and they violated my rights to due process which is the Fourteenth Amendment of the United States Constitution.

Revised 9/2007

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I'am asking for $5 million from City of Chicago $5 million from Chicago Police Department and $300,000 from Officer Toner badge # 10313 plus that this be investigated

VI.   The plaintiff demands that the case be tried by a jury.   ☑ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  Jan  day of  11 , 20 14

_Jarva Fuller_
(Signature of plaintiff or plaintiffs)

Jarva Fuller
(Print name)

20130616144
(I.D. Number)

Cook County Jail
2650 S. California Ave
Chicago Ill 60608
(Address)